# Third District Court of Appeal

## State of Florida

Opinion filed August 18, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1796
Lower Tribunal No. 19-12951
_____

## Miami Beach Construction Contractors, LLC, etc.,
Appellant,

vs.

## Jockey Club III Association, Inc., etc.,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

The Law Offices of Michael D. Stewart, and Michael D. Stewart, for appellant.

Blaxberg, Grayson, Kukoff & Forteza, P.A., and Gaspar Forteza, and I. Barry Blaxberg, for appellee.

Before LOGUE, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("In appellate proceedings the decision of a trial court has the presumption of correctness and the burden is on the appellant to demonstrate error.").